UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BAO CHENG FU, GUANG LI ZHANG, ZHONG QI  :
LIN, INDIVIDUALLY AND ON BEHALF OF ALL   :
OTHER EMPLOYEES SIMILARLY SITUATED       :        15-CV-4549
                                         :
                PLAINTIFF,               :
                                         :
        -AGAINST-                        :
                                         :
MEE MAY CORP. D/B/A MEE NOODLE SHOP      :
& GRILL, JIANG QING CHEN, KUANG CHI WU,  :
JOHN (first name unknown) WU, John Doe and Jane Doe :
# 1-10                                   :
                                         :
                Defendants.              :
-----------------------------------------------------------------X

## SECOND AMENDMENT OF SETTLEMENT AGREEMENT AND RELEASE PURSUANT TO SECTION 8 OF THE AGREEMENT

Pursuant to Section 8 of the Settlement Agreement and Release for the above case that was fully executed on July 8, 2016 ("Agreement"), Plaintiffs Bao Cheng Fu, Guang Li Zhang, and Zhong Qi Lin (collectively "Plaintiffs"), by and through their attorney, Hang & Associates, PLLC, and Defendants Mee May Corp. d/b/a/ Mee Noodle Shop & Grill, Jiang Qing Chen, Kuang Chi Wu, and "John" Wu (collectively, "Defendants"), by and through their attorney, Xue & Associates, P.C., hereby agree upon the following revisions to the Agreement.

1.      The language on page 6 of the Agreement that provides plaintiffs "enter into this agreement intending to waive, settle, and release all claims plaintiff had, have, or might have against defendants" shall be replaced with the following:

"enter into this agreement intending to waive, settle, and release all *wage-and-hour claims arising from the events as alleged in the Litigation* plaintiffs had, have, or might have against defendants"

-2-

Date: October 20, 2017

| | |
|---|---|
| HANG & ASSOCIATES, PLLC | XUE & ASSOCIATES, P.C. |
| /s/ _Jian Hang_ | /s/ _Benjamin Xue_ |
| Jian Hang, Esq. | Benjamin B. Xue, Esq. |
| 136-18 39th Ave. #1003 | 1001 Avenue of the Americas, 11th Fl. |
| Flushing, NY 11354 | New York, NY 10018 |
| T: 718-353-8588 | T: 212-219-2275 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |